Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

CHARLES G. MILLER,
       Plaintiff,
 vs.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,
       Defendant.

Case No.: 3:04-cv-05172-RBL-KLS

**ORDER GRANTING ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**

The Court, having considered Plaintiff's Motion For Attorney Fees Under 42 U.S.C. §406(b), the Office of General Counsel, Thomas M. Elsberry, representing defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff is eligible for attorney's fees under 42 USC 406(b), which allows 25% of the past due back benefits of $25,896.00, in the amount of $6,474.00. Plaintiff has already received $5,225.00 for administration work which is not before this Court. Plaintiff is awarded the difference between $6,474 and $5,225 in the amount of $1,249.00.

DONE IN OPEN COURT this 8th of December, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:        Approved for entry; Notice waived by:

/s/_____ /s/_____
PATRICIA PADILLA SKRINAR   THOMAS M. ELSBERRY
WSBA #13772        WSBA #26456
Attorney for Plaintiff      Attorney for Defendant

**PLAINTIFF'S MOTION FOR ATTORNEY FEES - 1**

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673